(No. 6462)

GORDON ELECTRICAL CONSTRUCTION COMPANY, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENTS OF GENERAL SERVICES AND MENTAL HEALTH, Respondent.

*Opinion filed November 3, 1972.*

GORDON ELECTRICAL CONSTRUCTION COMPANY, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.